UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL R. WILES, JR,

          Plaintiff,

  v.

MARY SCOTT,

          Defendant.

CASE NO. C12-5722 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**; and

(2)   Plaintiff has failed to keep the Court apprized of a current address; therefore, the Court orders this action be dismissed without prejudice pursuant to Local Rule 41(b)(2).

DATED this _22_ day of _July_, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER